IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VACHON ANDERSON,         )<br>                                  )<br>     Petitioner,          )<br>                                  )<br>   vs.                        )<br>                                  )<br> TOM CAREY, Warden,   )<br>                                  )<br>     Respondent.        )<br>_____)  | No C 06-3139 VRW (PR)<br><br>ORDER DENYING<br>CERTIFICATE OF<br>APPEALABILITY<br><br>(Doc # 18) |

  Petitioner has filed a request for a certificate of appealability pursuant to 28 USC § 2253(c) and Federal Rule of Appellate Procedure 22(b), which court also construes as a notice of appeal.

  A certificate of appealability (doc # 18) is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 USC § 2253(c)(2). Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v McDaniel, 529 US 473, 484 (2000).

  The clerk shall forward to the court of appeals the case file with this order. See United States v Asrar, 116 F3d 1268, 1270 (9th Cir 1997).

  SO ORDERED.

*/s/ Vaughn R Walker*

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.06\Anderson1.coa.wpd